Filing # 230766541 E-Filed 09/03/2025 02:47:43 PM

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND OR LEE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 25-CA-004780

GRACIELA HERNANDEZ,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
a Foreign Profit Corporation

Defendant.
_______________________________/

**COMPLAINT**

The Plaintiff, GRACIELA HERNANDEZ, by and through the undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, Rule 1.100 hereby files this Complaint against Defendant, COSTCO WHOLESALE CORPORATION (hereinafter after referred as "COSTCO"), and in support of her allegation herein states as follows:

**JURISDICTION**

1. Subject matter jurisdiction resides within this Court. This civil action is for damages in excess of Fifty Thousand ($50,000.00) Dollars.

**VENUE**

2. This is the appropriate venue for this action. Defendant, COSTCO, is a Foreign Profit Corporation authorized to, and doing business in Lee County, Florida. Additionally, the cause of action (i.e. slip/trip/fall) occurred in Lee County, Florida.

3. In compliance with Florida Rule of Civil Procedure 1.120(c), all conditions precedent to the filing of this lawsuit have been performed, occurred, waived, or are otherwise satisfied.

## STATEMENT OF FACTS

4. Defendant, COSTCO, owns, operates and manages a warehouse retail store located at 7171 Cypress Lake Drive, Ft. Myers, Florida 33907.

5. On or about October 26, 2024, the Plaintiff, GRACIELA HERNANDEZ, was a lawful guest and patron at the COSTCO, on the aforesaid premises.

6. At all material times hereto, Defendant, COSTCO, was in possession and in control of the premises.

7. At all times material hereto, the servants, agents, and/or employees of Defendant, COSTCO, were acting within the course and scope of their employment.

8. On or about October 26, 2024, the Plaintiff, GRACIELA HERNANDEZ, while shopping at Costco, tripped and fell on a piece of wood which was protruding out of broken wooden pallet.

9. At all times material hereto, the Defendant, COSTCO, did negligently and carelessly maintain the subject premises, so as to allow a dangerous piece of wood to stick out of a wooden pallet on the store floor whereas the Plaintiff, tripped and fell causing her to suffer serious and permanent injuries.

## NEGLIGENCE

10. Plaintiff, GRACIELA HERNANDEZ, re-asserts the allegations in paragraphs 1 through 9 of this Complaint as if fully set forth herein.

11. Defendant, COSTCO, owed a duty to the Plaintiff, GRACIELA HERNANDEZ, to properly maintain the subject premises in a safe condition.

12. The Defendant, COSTCO, breached said duty by committing one or more of the following negligent acts of commission and/or omission:

a. The Defendant created a dangerous and defective condition by negligently and carelessly allowing a piece of wood to be sticking out of a pallet on the floor of the premises that caused Plaintiff to trip and fall and suffer serious injuries.

b. The Defendant knew, or in the exercise of reasonable care should have known of the dangerous and defective condition on the property.

c. The Defendant failed to warn the Plaintiff of the dangerous and defective condition or, in the alternative, allowed said condition to remain for a sufficient period of time in which a reasonable inspection would have disclosed the same.

13. As a direct and proximate result of Defendant's negligence, Plaintiff, GRACIELA HERNANDEZ was injured in and about her body and extremities and/or suffered damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, loss of capacity for the enjoyment of life and to be sustained in the future, incurred medical expense in the care and treatment of her injuries, suffered loss of earnings and impairment of his future working ability. The injuries are permanent and continuing in nature.

**DEMAND FOR JURY TRIAL**

The Plaintiff, GRACIELA HERNANDEZ, demands judgment for damages against Defendant, COSTCO, in accordance with Rule 1.430 of the Florida Rules of Civil Procedure, hereby demands a trial by jury of all issues as triable as a right by jury.

Dated this 3rd day of September 2025.

**LAW OFFICES OF SUAREZ & MONTERO**
*Attorneys for Plaintiff*
351 N.W. LeJeune Road, Suite 202
Miami, Florida 33126
Telephone: (305) 723-1000
Facsimile: (305) 631-9990
Primary Email: Amontero@suarezmontero.com
Secondary Email: Pleadings@suarezmontero.com

By: */s/ Andres G. Montero*
Andres G. Montero, Esq.
Florida Bar No. 965618